MR. PRESIDING JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

SCHOOLS AND SCHOOL, DISTRICTS, § 41*—*when appointment of attorney by new school .board is valid.* The appointment of respondent as attorney by the newly constituted school board of the City of Chicago, which was organized under the Act of April 20, 1917, was valid, and respondent was entitled to the office as against an appointee of the old board.

---

**The People of the State of Illinois by Maclay Hoyne, State's Attorney, ex rel. Lewis E. Larson, Appellant, v. Percy B. Coffin, Appellee.**

### Gen. No. 23,523.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. CHARLES M. WALKER, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed December 17, 1917.

### Statement of the Case.

Petition in the nature of quo warranto by the People of the State of Illinois by Maclay Hoyne, State's Attorney, on the relation of Lewis E. Larson, petitioner, against Percy B. Coffin, respondent, to try the title of respondent to the office of business manager of the Board of Education of the City of Chicago under an appointment by the new school board organized under the Act of April 20, 1917. From a judgment in favor of respondent, petitioner appeals.

The questions involved in this case were decided in the opinion in *People ex rel. McMahon v. Davis, ante,* p. 117, and *People ex rel. Shannon v. Francis,*

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

*ante,* p. 135.   See also *People ex rel. Larson v. Miller, ante,* p. 134.

MACLAY HOYNE, for appellant.

SAMUEL A. ETTELSON and CHESTER E. CLEVELAND, for appellee.

MR. PRESIDING JUSTICE HOLDOM delivered the opinion of the court.

---

**Provident Life & Trust Company of Philadelphia et al., Defendants in Error, v. Wyndham Vyvyan Miln and Malcolm Miln, by Louise Kyle, Guardian, et al., Plaintiffs in Error.**

**Gen. No. 22,988.   (Not to be reported in full.)**

Error to the Circuit Court of Cook county; the Hon. THOMAS G. WINDES, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed December 17, 1917.

### Statement of the Case.

Bill by the Provident Life & Trust Company of Philadelphia, a corporation, J. Roberts Foulke, as trustee, and J. Barton Townsend, successor in trust, complainants, against Wyndham Vyvyan Miln and Malcolm Miln, by Louise Kyle, their guardian, and others, defendants, to foreclose a trust deed on certain real estate. From a decree of foreclosure, defendants bring error.

WILSON & MAY, for plaintiffs in error.

WINSTON, PAYNE, STRAWN & SHAW, for defendants in